UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                              Case No.:   6:20-cv-00576

GOOGLE LLC

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Tracy Ann Stitt  , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent  Google LLC  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Jones Day  with offices at:

    Mailing address:  51 Louisiana Avenue NW

    City, State, Zip Code:  Washington, DC 20001

    Telephone:  202-879-3939             Facsimile:  202-626-1700

2. Since  November 7, 2005 , Applicant has been and presently is a member of and in good standing with the Bar of the State of  Ohio .
    Applicant's bar license number is  0079949 .

3. Applicant has been admitted to practice before the following courts:

    Court:                                              Admission date:

    District of Columbia Court of Appeals     August 5, 2013 (Bar # 1015680)

    [See attached for additional courts]

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Michael E. Jones

Mailing address: 110 North College, Suite 500

City, State, Zip Code: Tyler, Texas, 75702

Telephone: 903-597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Tracy Ann Stitt to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Tracy Ann Stitt
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 18th day of March, 2021.

Tracy Ann Stitt
[printed name of Applicant]

[signature of Applicant]

**<u>Tracy A. Stitt – list of court admissions as of March 2021:</u>**

United States Court of Appeals for the Federal Circuit – November 9, 2016
United States Court of Appeals for the Ninth Circuit – March 2, 2010
United States District Court for the Northern District of Ohio – March 30, 2007
United States District Court for the Southern District of Ohio – October 29, 2009
United States District Court for the Eastern District of Texas – November 29, 2011
United States District Court for the Northern District of Illinois – March 17, 2012
United States District Court for Colorado – March 11, 2013
United States District Court for the Eastern District of Wisconsin – September 23, 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                          Case No.: 6:20-cv-00576

GOOGLE LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Tracy Ann Stitt, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Tracy Ann Stitt may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Tracy Ann Stitt, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March, 20____.

UNITED STATES DISTRICT JUDGE